CHARLOTTE ROLF v. THE CITY OF GREENVILLE.

*Municipal corporations—Defective sidewalk—Accumulation of ice and snow.*

This case is ruled by *McKellar v. City of Detroit*, 57 Mich. 158, where it was held that a city is not liable for injuries received by a fall on a sidewalk, occasioned by the accumulation thereon, from natural causes, of ice and snow.[1]

Error to Montcalm. (Davis, J.) Submitted on briefs October 4, 1894. Decided December 7, 1894.

Negligence case. Plaintiff brings error. Affirmed. The facts are sufficiently stated in the opinion.

*Ellsworth & Rarden,* for appellant.

———

[1] See *Canfield v. Railway Co.,* 78 Mich. 356; *Kannenberg v. City of Alpena,* 96 Id. 53.

*N. O. Griswold,* for defendant.

GRANT, J.   Plaintiff's claim for damages is based upon the allegation of negligence that a certain sidewalk along Franklin street, one of the most public streets in the city, was dangerous and unsafe for public travel by pedestrians, and was so rendered unsafe by a heavy snow which had fallen many days previous to the accident, and "had been tramped and beaten down by the school children and others walking thereon when the snow was soft, after which rain and warm days had melted it from the sides of said sidewalk, leaving the center thereof uneven and irregular ice, much higher in the center of said sidewalk than at the sides thereof." A demurrer was interposed and sustained.

The case is expressly ruled by *McKellar v. City of Detroit,* 57 Mich. 158.   Discussion is unnecessary.

Judgment affirmed.

The other Justices concurred.